# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE JOHNSON, JADE KHODAR-FISHER and BRITTNIE BORUFF, individually, and on behalf of other members of the general public similarly situated;<br><br>         Plaintiffs,<br>  v.<br><br>TRUMPET BEHAVIORAL HEALTH, LLC, a Delaware limited liability company; QUALITY BEHAVIORAL OUTCOMES, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive;<br><br>         Defendants. | Case No.: 3:21-cv-03221-WHO<br><br>CLASS ACTION<br><br>Assigned for All Purposes To:<br>Honorable William H. Orrick<br>Courtroom 2<br><br>[PROPOSED] ORDER GRANTING DISMISSAL<br><br>Complaint Filed:    March 1, 2021<br>Case Removed:      April 30, 2021<br>First Amended:     July 12, 2021<br>Second Amended: September 27, 2021<br>Trial Date:              None Set |

**ORDER OF DISMISSAL**

The Court, having reviewed the Stipulation of Dismissal filed by the Parties in this case, dismisses the entire action without prejudice. Each party shall bear its own attorney's fees and costs.  Because no class has been certified, this stipulation applies only to the named plaintiffs. The Clerk shall close the case.

DATED:  August 25, 2022

_____
Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DISMISSAL

1